**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for Defendants, J.T. o/b/o I.T.

| | |
|---|---|
| DUMONT BOARD OF EDUCATION,<br><br>Plaintiff,<br><br>v.<br><br>J.T. o/b/o I.T.,<br><br>Defendants. | UNITED STATES DISTRICT COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>CIVIL ACTION NO. 2:09-CV-05048 (JLL)<br><br>Civil Action<br><br>**NOTICE OF DEFENDANTS' MOTION TO**<br>**DISMISS PLAINTIFF'S COMPLAINT**<br>**PURSUANT TO FED. R. CIV. P. 12(b)(6)** |

TO:   James L. Plosia, Jr., Esq.
      Apruzzese, McDermott, Mastro & Murphy, P.C.
      25 Independence Boulevard
      P.O. Box 112
      Liberty Corner, New Jersey 07938

**PLEASE TAKE NOTICE** that on the 7th day of December, 2009, defendants, J.T. o/b/o I.T., by and through their counsel, Cole, Schotz, Meisel, Forman & Leonard, P.A., shall move before the Honorable Jose L. Linares, U.S.D.J., of the United States District Court, District of New Jersey, Martin Luther King, Jr. Federal Building and United States Courthouse, 50 Walnut Street, Newark, New Jersey, for the entry of an Order dismissing the Verified Complaint with prejudice.

**PLEASE TAKE FURTHER NOTICE** that the undersigned will rely upon the Brief submitted in support of this motion and the Certification of Michael R. Yellin, Esq. A proposed form of Order has also been submitted.

**PLEASE TAKE FURTHER NOTICE** that opposition, if any, to the relief sought herein shall be in writing, filed with the Clerk of the District Court and served upon the undersigned not later than 14 days prior to the return date of this motion.

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
Attorneys for Defendants, J.T. o/b/o I.T.


By: *s/ Rebecca K. Spar*
    Rebecca K. Spar

DATED: November 2, 2009