**COLE, SCHOTZ, MEISEL,**
**FORMAN & LEONARD, P.A.**
A Professional Corporation
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536 Facsimile
Attorneys for Defendants, J.T. o/b/o I.T.

| | |
|---|---|
| DUMONT BOARD OF EDUCATION, | UNITED STATES DISTRICT COURT |
| | FOR THE DISTRICT OF NEW JERSEY |
| Plaintiff, | CIVIL ACTION NO. 2:09-CV-05048 (JLL) |
| v. | Civil Action |
| J.T. o/b/o I.T., | **CERTIFICATION OF MICHAEL R.** |
| | **YELLIN IN SUPPORT OF DEFENDANTS'** |
| Defendants. | **MOTION TO DISMISS PLAINTIFF'S** |
| | **COMPLAINT PURSUANT TO FED. R.** |
| | **CIV. P. 12(b)(6)** |

MICHAEL R. YELLIN, ESQ., of full age, hereby certifies as follows:

1. I am an attorney-at-law in the State of New Jersey, admitted to appear before the United States District Court for the District of New Jersey, and an associate with the law firm of Cole, Schotz, Meisel, Forman & Leonard, P.A., attorneys for Defendants, J.T. o/b/o I.T.

2. I submit this Certification in support of Defendants' motion to dismiss plaintiff's complaint pursuant to Federal Rule of Civil Procedure 12(B)(6).

3. Attached hereto as Exhibit A is a true copy of the Verified Complaint filed by Plaintiff in this matter.

4.      Attached hereto as Exhibit B is a true copy of the September 11, 2009 decision by the Honorable Sandra Ann Robinson, A.L.J.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

>                             COLE, SCHOTZ, MEISEL, FORMAN
>                             & LEONARD, P.A.
>                             Attorneys for Defendants, J.T. o/b/o I.T.
>
>
>                             By: */s/ Michael R. Yellin, Esq.*
>                                  Michael R. Yellin, Esq.

DATED: November 2, 2009