NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DUMONT BOARD OF EDUCATION, | Civil Action No.: 09-5048 (JLL) |
| Plaintiff, | |
| v. | **ORDER** |
| J.T. on behalf of I.T., | |
| Defendants. | |

Currently before the Court is Defendants' motion to dismiss Plaintiff's Complaint. For the reasons set forth in this Court's corresponding Opinion,

It is on this 13th day of January, 2010,

**ORDERED** that Defendants' motion to dismiss Plaintiff's Complaint (CM/ECF No. 5) is DENIED.

_____
JOSE L. LINARES
UNITED STATES DISTRICT JUDGE